NOT YET SCHEDULED FOR ORAL ARGUMENT

U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| American Free Enterprise Chamber of Commerce,<br><br>Petitioner,<br><br>v.<br><br>U.S. Environmental Protection Agency,<br><br>Respondent. | No. 25-106 |

**EPA's Unopposed Motion to Hold Case in Abeyance**

EPA moves the Court to leave these consolidated cases in abeyance for 30 days to allow the agency to consider next steps in light of recent legislation. Petitioners consent to the relief requested.

The petitions for review challenge EPA's action, "California State Motor Vehicle and Engine Pollution Control Standards; Advanced Clean Cars II; Waiver of Preemption; Notice of Decision," 90 Fed. Reg. 642 (Jan. 6, 2025). Earlier this year, EPA moved for, and was granted, abeyance to brief new administration officials about these cases. EPA's Unopposed Mot. to Hold Case in Abeyance (Feb. 11, 2025); EPA's Unopposed Mot. for Consolidation and Abeyance (Mar. 14, 2025); Orders (Mar. 4, 2025 and May 16, 2025).

In May 2025, the House and Senate passed a joint resolution to disapprove the challenged action. *See* https://www.congress.gov/bill/119th-congress/house-joint-resolution/88/all-actions. Soon after that, the President signed the resolution into law. *Id.*

EPA needs time to consider this development and next steps in litigation over the challenged rule. *See also Valero Renewable Fuels Company, LLC v. EPA*, Case No. 25-1078 and consolidated cases (D.C. Cir.) (challenging same EPA action as here). To that end, the agency requests a modest extension of the abeyance. No party would be prejudiced by the requested abeyance. Petitioners consent to the relief sought.

For these reasons, the Court should leave this matter in abeyance for another 30 days, with motions to govern due at the end of that period.

Submitted on July 14, 2025.

                                                    */s/ Sue Chen*
Sue Chen
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
202.305.0283
Sue.Chen@usdoj.gov

**Certificates of Service and Compliance**

I certify that this filing complies with Fed. R. App. P. 27(d)(1)(E) because it uses 14-point Times New Roman, a proportionally spaced font.

I also certify that this motion complies with Fed. R. App. P. 27(d)(2)(A), because by Microsoft Word's count, it has 234 words, excluding the parts exempted under Fed. R. App. P. 32(f).

Finally, I certify that on July 14, 2025, I filed the foregoing with the Court's CMS/ECF system, which will notify each represented party.

    */s/ Sue Chen*    
Sue Chen
