Nos. 25-106, 25-1478, 25-1493

# IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

_____

AMERICAN FREE ENTERPRISE CHAMBER OF COMMERCE, *et al.*,

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY

_____

**On Petition for Review from the
U.S. Environmental Protection Agency**
EPA-HQ-OAR-2023-0292

_____

**MOVANT-INTERVENOR STATES' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO DISMISS**

_____

ROB BONTA
  *Attorney General of California*
DENNIS L. BECK, JR.
  *Acting Senior Assistant Attorney General*
MYUNG J. PARK
  *Acting Senior Assistant Attorney General*
KAVITA LESSER
  *Deputy Attorney General*

KATHERINE GAUMOND
CAITLAN MCLOON
M. ELAINE MECKENSTOCK
  *Deputy Attorneys General*
STATE OF CALIFORNIA
DEPARTMENT OF JUSTICE
  300 South Spring Street, Ste. 1702
  Los Angeles, CA  90013
  Telephone: (213) 269-6438
  Fax: (916) 731-2128
  Email: Caitlan.McLoon@doj.ca.gov
  *Attorneys for State of California*

August 18, 2025        (additional counsel on signature pages)

Under Rule 26(b) of the Federal Rules of Appellate Procedure, and Ninth Circuit Rule 31-2.2(b), Movant-Intervenor States—the States of California, Colorado, Connecticut, Delaware, Hawaii, Illinois, Maine, Maryland, Massachusetts, Minnesota, New Jersey, New York, Oregon, Rhode Island, Vermont, and Washington; the District of Columbia; and the cities of Chicago, Los Angeles and New York—move for a 30-day extension of the deadline to respond to Respondent EPA's motion to dismiss, Dkt. No. 33.1. The current deadline to respond is August 25, 2025; Movant-Intervenor States request an extension up to and including September 24, 2025. *See* Declaration of Caitlan McLoon, ¶¶ 8-9.

Respondent EPA reserves its position until it reviews the extension motion. McLoon Decl. ¶ 13. Petitioners in these consolidated matters oppose Movant-Intervenor States' request for a 30-day extension but would consent to a 10-day extension of the deadline for any responses to EPA's motion to dismiss. *Id.* ¶ 14. Movant-Intervenor Public Interest Organizations, and Movant-Intervenor Zero Emission Transportation Association, consent to the extension motion. *Id.* ¶ 14.

## ARGUMENT

These consolidated petitions challenge Respondent EPA's action waiving Clean Air Act preemption for the addition of the Advanced Clean Cars II regulation to California's vehicle emission control program. "California State Motor Vehicle and Engine Pollution Control Standards; Advanced Clean Cars II;

1

Waiver of Preemption; Notice of Decision," 90 Fed. Reg. 642 (Jan. 6, 2025). EPA's waiver permits Movant-Intervenor California to enforce this regulation in California, 42 U.S.C. § 7543(b); and it permits other Movant-Intervenor States that have elected to adopt this regulation to enforce it in their jurisdictions, 42 U.S.C. § 7507. California and these other Movant-Intervenor States undeniably have substantial interests in this litigation.

EPA now moves to dismiss Petitioners' consolidated challenges. Dkt. 33.1. EPA bases its motion on a recent Congressional resolution, Mot. at 3 (citing Pub. L. No. 119-16), which is the subject of ongoing litigation in the Northern District of California. *California v. United States*, Case No. 4:25-cv-04966-HSG (N.D. Cal. June 12, 2025). As EPA acknowledges, Mot. at 3-4, that complaint challenges the legality and effect of the waiver resolution.

Movant-Intervenor States are a group of 20 States and cities, each with its own internal processes for considering and approving positions on such motions. Some, but not all, of these States are also Plaintiffs in *California v. United States*. Movant-Intervenor States request a reasonable extension of time to allow their respective States and cities to consider the motion to dismiss, coordinate their position, and draft and file a response. McLoon Decl. ¶¶ 8-9.

Such an extension would not prejudice any party to these consolidated actions. For one, at the repeated request of Respondent EPA, and without

opposition from Petitioners, these consolidated cases have been in abeyance since March 4, 2025. *See* Dkt. Nos. 21, 25-29; *see also* Mot. at 3 ("These cases have been in abeyance since almost their inception."). Moreover, with the filing of EPA's motion to dismiss, any briefing on the merits would be automatically stayed. Circuit Rule 27-11(a)(1). And Movant-Intervenor States do not oppose extending the response deadline for all parties by the same number of days.

Accordingly, Movant-Intervenor States request a 30-day extension of the response deadline to EPA's motion to dismiss, up to and including September 24, 2025. McLoon Decl. ¶¶ 8-10.

Dated: August 18, 2025            Respectfully submitted,

                                         Rob Bonta
                                           *Attorney General of California*

                                           */s/ Caitlan McLoon*
                                           CAITLAN MCLOON
                                           *Deputy Attorney General*
                                           STATE OF CALIFORNIA
                                           DEPARTMENT OF JUSTICE
                                             300 South Spring Street, Ste. 1702
                                             Los Angeles, CA 90013
                                             Telephone: (213) 269-6438
                                             Fax: (916) 731-2128
                                             Email: Caitlan.McLoon@doj.ca.gov
                                             *Attorneys for State of California*

FOR THE STATE OF COLORADO

PHILIP J. WEISER
ATTORNEY GENERAL

*/s/ David A. Beckstrom*
DAVID A. BECKSTROM
Second Assistant Attorney General
Colorado Department of Law
Natural Resources and Environment Section
1300 Broadway, Tenth Floor
Denver, Colorado 80203
(720) 508-6306
david.beckstrom@coag.gov

FOR THE STATE OF CONNECTICUT

WILLIAM TONG
ATTORNEY GENERAL

MATTHEW I. LEVINE
Deputy Associate Attorney General

*/s/ Scott N. Koschwitz*
SCOTT N. KOSCHWITZ
Assistant Attorney General
Connecticut Office of the Attorney General
165 Capitol Avenue
Hartford, Connecticut 06106
(860) 808-5250
scott.koschwitz@ct.gov

FOR THE STATE OF DELAWARE

KATHLEEN JENNINGS
ATTORNEY GENERAL

*/s/ Vanessa L. Kassab*
IAN R. LISTON
Director of Impact Litigation
RALPH K. DURSTEIN III
VANESSA L. KASSAB
Deputy Attorneys General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

FOR THE STATE OF HAWAII

ANNE E. LOPEZ
ATTORNEY GENERAL

*/s/ Lyle T. Leonard*
LYLE T. LEONARD
Deputy Attorney General
465 S. King Street, #200
Honolulu, Hawaii 96813
(808) 587-3050
lyle.t.leonard@hawaii.gov

| FOR THE STATE OF ILLINOIS | FOR THE STATE OF MAINE |
|---|---|
| KWAME RAOUL<br>ATTORNEY GENERAL | AARON M. FREY<br>ATTORNEY GENERAL |
| */s/ Jason E. James*<br>MATTHEW J. DUNN<br>Chief, Environmental Enforcement/Asbestos Litigation Division<br>JASON E. JAMES<br>Assistant Attorney General<br>Office of the Attorney General<br>201 W. Pointe Drive, Suite 7<br>Belleville, IL 62226<br>(217) 843-0322<br>jason.james@ilag.gov | */s/ Robert Martin*<br>ROBERT MARTIN<br>Assistant Attorney General<br>6 State House Station<br>Augusta, ME 04333<br>(207) 626-8579<br>robert.martin@maine.gov |

| FOR THE STATE OF MARYLAND | FOR THE COMMONWEALTH OF MASSACHUSETTS |
|---|---|
| ANTHONY G. BROWN<br>ATTORNEY GENERAL | ANDREA JOY CAMPBELL<br>ATTORNEY GENERAL |
| /s/ Steven J. Goldstein<br>STEVEN J. GOLDSTEIN<br>Special Assistant Attorney General<br>Office of the Attorney General<br>200 Saint Paul Place<br>Baltimore, MD 21202<br>410-576-6414<br>sgoldstein@oag.state.md.us<br><br>KARA A. DORR<br>Assistant Attorney General<br>Office of the Attorney General<br>Maryland Department of the Environment<br>1800 Washington Blvd.<br>Baltimore, MD 21230<br>(410) 537-3047<br>kara.dorr@maryland.gov | /s/ Seth Schofield<br>SETH SCHOFIELD<br>Senior Appellate Counsel<br>JON WHITNEY<br>Assistant Attorney General<br>Office of the Attorney General<br>Energy and Environment Bureau<br>One Ashburton Place, 18th Floor<br>Boston, MA 02108<br>(617) 727-2200<br>seth.schofield@mass.gov |
| FOR THE STATE OF MINNESOTA | FOR THE STATE OF NEW JERSEY |
| KEITH ELLISON<br>ATTORNEY GENERAL | MATTHEW J. PLATKIN<br>ATTORNEY GENERAL |
| /s/ Peter Surdo<br>PETER N. SURDO<br>Special Assistant Attorney General<br>445 Minnesota Street, Suite 1400<br>St. Paul, Minnesota 55101-2127<br>(651) 757-1061<br>peter.surdo@ag.state.mn.us | /s/Lisa Morelli<br>Lisa Morelli<br>Deputy Attorney General<br>Division of Law<br>25 Market St., P.O. Box 093<br>Trenton, NJ 08625<br>(609) 376-2735<br>lisa.morelli@law.njoag.gov |

FOR THE STATE OF NEW YORK

LETITIA JAMES
ATTORNEY GENERAL

JUDITH N. VALE
Deputy Solicitor General
ELIZABETH A. BRODY
Assistant Solicitor General
YUEH-RU CHU
Chief, Affirmative Litigation Section
Environmental Protection Bureau

/s/ Ashley M. Gregor
ASHLEY M. GREGOR
Assistant Attorney General
28 Liberty Street, 19th Floor
New York, NY 10005
(212) 416-8454
ashley.gregor@ag.ny.gov

FOR THE STATE OF OREGON

DAN RAYFIELD
ATTORNEY GENERAL

/s/ Paul Garrahan
PAUL GARRAHAN
Sr. Assistant Attorney General
Natural Resources Section
Oregon Department of Justice
1162 Court Street NE
Salem, Oregon 97301-4096
(503) 947-4540
Paul.Garrahan@doj.oregon.gov

FOR THE STATE OF RHODE ISLAND

PETER F. NERONHA
ATTORNEY GENERAL

/s/ Nicholas M. Vaz
Nicholas M. Vaz
Special Assistant Attorney General
Office of the Attorney General
Environmental and Energy Unit
150 South Main Street
Providence, Rhode Island 02903
(401) 274-4400 ext. 2297
nvaz@riag.ri.gov

FOR THE STATE OF VERMONT

CHARITY R. CLARK
ATTORNEY GENERAL

/s/ Hannah Yindra
HANNAH YINDRA
Assistant Attorney General
Office of the Attorney General
109 State Street
Montpelier, VT 05609
(802) 828-3186
Hannah.Yindra@vermont.gov

| | |
|---|---|
| FOR THE STATE OF WASHINGTON | FOR THE DISTRICT OF COLUMBIA |
| NICHOLAS W. BROWN<br>ATTORNEY GENERAL | BRIAN L. SCHWALB<br>ATTORNEY GENERAL |
| */s/ Alexandria Doolittle*<br>ALEXANDRIA K. DOOLITTLE<br>Assistant Attorney General<br>Office of the Attorney General<br>P.O. Box 40117<br>Olympia, Washington 98504-0117<br>(360) 586-6769<br>Alex.Doolittle@atg.wa.gov | */s/ Caroline S. Van Zile*<br>CAROLINE S. VAN ZILE<br>Solicitor General<br>Office of the Attorney General for the District of Columbia<br>400 6th Street N.W., Suite 8100<br>Washington, D.C. 20001<br>(202) 724-6609<br>caroline.vanzile@dc.gov |
| FOR THE CITY OF CHICAGO | FOR THE CITY OF LOS ANGELES |
| MARY B. RICHARDSON-LOWRY<br>CORPORATION COUNSEL | HYDEE FELDSTEIN SOTO<br>LOS ANGELES CITY ATTORNEY |
| */s/ Elizabeth Mary Tisher*<br>ELIZABETH MARY TISHER<br>Assistant Corporation Counsel<br>2 N. LaSalle Street, Suite 580<br>Chicago, IL 60602<br>(312) 744-3173<br>elizabeth.tisher@cityofchicago.org | */s/ Michael J. Bostrom*<br>MICHAEL J. BOSTROM<br>Senior Assistant City Attorney<br>201 N. Figueroa St., 13th Floor<br>Los Angeles, CA 90012<br>(213) 978-1867<br>Michael.Bostrom@lacity.org |

FOR THE CITY OF NEW YORK

MURIEL GOODE-TRUFANT
CORPORATION COUNSEL

*/s/ Hilary Meltzer*
HILARY MELTZER
Chief, Environmental Law Division
New York City Law Department
100 Church Street, Rm 6-146
New York, NY 10007
Telephone: (212) 356-2070
hmeltzer@law.nyc.gov

# DECLARATION OF CAITLAN MCLOON

I, Caitlan McLoon, declare:

1. I am an attorney licensed to practice law in the State of California and admitted to the U.S. Court of Appeals for the Ninth Circuit. I am a Deputy Attorney General with the California Attorney General's Office, and counsel for Movant-Intervenor California in this case.

2. In 2023, California requested an EPA preemption waiver for the addition of the Advanced Clean Cars II regulations to the State's vehicle emissions control program. *See* "California State Motor Vehicle Pollution Control Standards; Advanced Clean Cars II Regulations; Request for Waiver of Preemption; Opportunity for Public Hearing and Public Comment," 88 Fed. Reg. 88908 (Dec. 26, 2023).

3. EPA granted the requested Clean Air Act preemption waiver. *See* 90 Fed. Reg. 642 (Jan. 6, 2025).

4. Petitioners timely petitioned for review of the waiver grant. *See* Case No. 25-106, Dkt. No. 1 (Jan. 6, 2025); Case No. 25-1478, Dkt. No. 1 (Mar. 7, 2025); Case No. 25-1493, Dkt. No. 1 (Mar. 7, 2025).

5. On January 15, 2025, Movant-Intervenor States moved to intervene. *See, e.g.*, Dkt. 8. As EPA's preemption waiver grant permits California to enforce its Advanced Clean Cars II regulations in California, and permits other Movant-

Intervenor States that have elected to adopt this regulation to enforce it in their jurisdictions, Movant-Intervenor States undeniably have substantial interests in this litigation. Movant-Intervenor States also have substantial interests in the benefits—including emission reductions and technological advancements—that the Advanced Clean Cars II regulation is designed to produce.

6. EPA promptly sought, Dkt. 21, and obtained, Dkt. 25, an abeyance of these judicial proceedings. At Respondent EPA's request, Dkt. 26, this Court then consolidated these actions, and twice extended the abeyance, through August 14, 2025, Dkt. 27, 29. Accordingly, there is no briefing schedule currently set for these consolidated petitions.

7. On August 13, 2025, EPA filed the present motion to dismiss the consolidated petitions. Dkt. 33. Petitioners indicated they do not oppose dismissal. *Id.* at 1.

8. Movant-Intervenor States' current deadline to respond to the motion to dismiss is August 25, 2025.

9. Movant-Intervenor States request a 30-day extension of time to file their response to the motion for the following reasons:

    a. EPA moves to dismiss Petitioners' consolidated challenges on the grounds that a recent Congressional resolution purportedly renders Petitioners' petitions moot. Mot. at 3 (citing Pub. L. No. 119-16). Many of the Movant-

11

Intervenor States are currently challenging the legality and effect of that resolution in the Northern District of California. *California v. United States*, Case No. 4:25-cv-04966-HSG (N.D. Cal. June 12, 2025).

    b.    Movant-Intervenor States are a group of 20 States and cities, each with its own internal processes for considering and approving positions on such motions. Some, but not all, of these States are also Plaintiffs in *California v. United States*. Movant-Intervenor States seek a reasonable extension of time to allow their respective States and cities to consider the motion, coordinate their position, and draft and file a response.

    c.    As there is no briefing schedule and briefing on the merits would, in any event, have been automatically stayed through the filing of the motion, an extension of the present response deadline would not prejudice any party to these consolidated actions. *See* Circuit Rule 27-11(a)(1).

10. Movant-Intervenor States do not oppose extending the response deadline for all parties by the same number of days.

11. This is Movant-Intervenor States' first request for an extension of time.

12. Movant-Intervenor States have exercised and will continue to exercise diligence in this matter.

13. By email on August 15, 2025, Movant-Intervenor States advised Respondent EPA that they would be requesting an extension of time to file a

response to the motion. EPA responded that it reserves its position until it reviews the extension motion.

14. Movant-Intervenor States subsequently contacted counsel for Petitioners, and the additional Movant-Intervenors, and requested their position on the extension motion. Petitioners in these consolidated matters oppose Movant-Intervenor States' request for a 30-day extension but would consent to a 10-day extension of the deadline for any responses to EPA's motion to dismiss. Movant-Intervenor Public Interest Organizations, and Movant-Intervenor Zero Emission Transportation Association, consent to the extension motion.

15. Movant-Intervenor States' request for an extension of time is not made for the purpose of harassment or undue delay or for any improper reason, and is unrelated to the preparation of any designated transcripts or records.

16. Granting Movant-Intervenor States' request for an extension of time will not prejudice any party to these consolidated matters.

I declare under penalty of perjury that the above statements are true.


Dated: August 18, 2025                         */s/ Caitlan McLoon*
                                               Caitlan McLoon
                                               Deputy Attorney General