**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 26 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AMERICAN FREE ENTERPRISE CHAMBER OF COMMERCE,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Respondent,<br><br>--------------------------------------<br><br>STATE OF CALIFORNIA; et al.,<br><br>Intervenors - Pending. | No. 25-106<br><br>Agency No. EPA–HQ–OAR–2023–0292<br>Environmental Protection Agency<br><br>ORDER |
| AMERICAN PETROLEUM INSTITUTE,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Respondent,<br><br>--------------------------------------<br><br>CENTER FOR BIOLOGICAL DIVERSITY; et al., | No. 25-1478<br><br>Agency Nos. EPA–HQ–OAR–2023–0292<br>EPA-HQ-OAR-2022-0332<br>Environmental Protection Agency |

|  |  |
|---|---|
| Intervenors - Pending. | |
| AMERICAN FUEL & PETROCHEMICAL MANUFACTURERS; et al., <br><br> Petitioners, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> Respondent, <br><br> -------------------------------------- <br><br> CENTER FOR BIOLOGICAL DIVERSITY; et al., <br><br> Intervenors - Pending. | No. 25-1493 <br><br> Agency Nos. <br> EPA–HQ–OAR–2023–0292 <br> EPA–HQ–OAR–2022–0332 <br> Environmental Protection Agency |

The motion (Docket Entry No. 35) for an extension of time to file a response to the motion to dismiss is granted in part. Any response is due September 8, 2025.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT