NOT YET SCHEDULED FOR ORAL ARGUMENT

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

| | |
|---|---|
| American Free Enterprise Chamber of Commerce,<br><br>                Petitioner,<br><br>    v.<br><br>U.S. Environmental Protection Agency,<br><br>                Respondent. | No. 25-106<br>Consolidated with<br>No. 25-1478<br>No. 25-1493 |

**Motion to Extend Response Deadlines**

EPA and Movant-Intervenor States move to extend deadlines for the remaining filings on EPA's motion to dismiss and Movant-Intervenor States' cross-motion for abeyance.[1] Petitioners did not state their position in response to inquiry. Public Interest Movant-Intervenors support this motion. Zero Emission Transportation Association (ZETA) Movant-Intervenor takes no position.

These consolidated petitions challenge a preemption waiver that EPA issued under Section 209(b) of the Clean Air Act, 42 U.S.C. § 7543(b), for a set of

---

[1] Movant-Intervenor States are the States of California, Colorado, Connecticut, Delaware, Hawaii, Illinois, Maine, Maryland, Massachusetts, Minnesota, New Jersey, New York, Oregon, Rhode Island, Vermont, and Washington; the District of Columbia; and the cities of Chicago, Los Angeles and New York.

California vehicle-emissions regulations. 90 Fed. Reg. 642 (Jan. 6, 2025). On August 13, 2025, EPA moved to dismiss these petitions as moot, arguing that a recent statute enacted under the Congressional Review Act invalidated the waiver. *See* Dkt. No. 33.

Soon after that, Movant-Intervenor States moved to extend their deadline to respond by 30 days, from August 25, 2025 until September 24, 2025. Dkt. No. 35. This Court granted in part Movant-Intervenor States' motion, extending that deadline by 14 days to September 8. *See* Dkt. No. 41. Movant-Intervenor States timely filed their opposition to EPA's motion to dismiss and cross-moved for an abeyance. *See* Dkt. No. 44.

EPA and Movant-Intervenor States each need more time to file their responses:

EPA requests a deadline of October 3, 2025 to file a combined reply in support of its motion to dismiss and opposition to Movant-Intervenor States' cross-motion for abeyance. That would extend EPA's reply deadline by 18 days and its opposition deadline by 15 days.

The extension is necessary for four reasons. First, EPA needs time to address the arguments set forth in Movant-Intervenor States' 23-plus page response. *Compare* Dkt. No. 33, *with* Dkt. No. 44. Second, one of EPA's

litigation counsel started parental leave on the day that Movant-Intervenor States filed their combined opposition and cross-motion. His replacement, who has pre-scheduled leave from September 22-26, needs time to get up to speed on this case. Third, EPA has a deadline of September 19, 2025 to file a motion to dismiss in *California v. United States*, No. 4:25-cv-04966-HSG (N.D. Cal.), *see id.*, Dkt. No. 81, in which some Movant-Intervenor States challenge the validity of the statute that is the basis of EPA's motion to dismiss here. That motion is consuming some of the same attorney resources that are needed for this case. Fourth, before EPA's reply and opposition is filed, they must undergo management review at both the Department of Justice and EPA.

    Movant-Intervenor States request a short extension in response to EPA's extension request. Movant-Intervenor States request a deadline of October 17, 2025 to file their reply in support of their cross-motion for abeyance. This extension would extend Movant-Intervenor's cross-motion reply time by 7 days.

    This corresponding extension is necessary for three reasons. First, many of the Movant-Intervenor States negotiated, with the United States, to have two weeks, from September 30 to October 14, 2025, to prepare and file a sur-reply to the United States's sole merits brief in *Daimler v. Cal. Air Resources Board*, Case No. 2:25-cv-02255 (E.D. Cal.). *Daimler* also involves the statute on which EPA's

motion to dismiss was based. That sur-reply will consume some of the same attorney resources needed for this case. Thus, without a corresponding extension, Movant-Intervenor States would be prejudiced by the timing of the extension EPA requests. Second, multiple parties have indicated they intend to file oppositions to the Movant-Intervenor States' cross motion for abeyance, and we will need additional time to prepare a single reply. Third, before Movant-Intervenor States' cross-motion reply can be filed, it must undergo leadership review by each of the twenty governmental entities in the coalition.

    The Court should thus extend the deadlines as follows:

- October 3, 2025: EPA's reply in support of its motion to dismiss and all responses to the cross-motion for abeyance due;
- October 17: Movant-Intervenor States' reply in support of their cross-motion for abeyance due.

Submitted on September 10, 2025.

                                        ADAM R.F. GUSTAFSON
                                        *Acting Assistant Attorney General*

                                        ROBERT N. STANDER
                                        *Deputy Assistant Attorney General*

                                        */s/ Sue Chen*
                                        Sue Chen
                                        U.S. Department of Justice
                                        Environment & Natural Res. Div.

Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 305-0283
Sue.Chen@usdoj.gov

*Counsel for Respondents*


ROB BONTA
*Attorney General of California*

ANNADEL ALMENDRAS
*Senior Asst. Attorney General*
DENNIS L. BECK, JR.
*Acting Senior Asst. Attorney General*
Myung J. Park
*Supervising Deputy Attorney General*

　　*s/ Katherine Gaumond*

KATHERINE GAUMOND
*Deputy Attorney General*
STATE OF CALIFORNIA
DEPARTMENT OF JUSTICE
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
Telephone: (415) 510 4439
Email: katherine.gaumond@doj.ca.gov

*Attorneys for State of California*

5

| FOR THE STATE OF COLORADO | FOR THE STATE OF CONNECTICUT |
|---|---|
| PHILIP J. WEISER<br>ATTORNEY GENERAL | WILLIAM TONG<br>ATTORNEY GENERAL |
| */s/ David A. Beckstrom*<br>DAVID A. BECKSTROM<br>Second Assistant Attorney General<br>Colorado Department of Law<br>Natural Resources and Environment Section<br>1300 Broadway, Tenth Floor<br>Denver, Colorado 80203<br>(720) 508-6306<br>david.beckstrom@coag.gov | MATTHEW I. LEVINE<br>Deputy Associate Attorney General<br><br>*/s/ Scott N. Koschwitz*<br>SCOTT N. KOSCHWITZ<br>Assistant Attorney General<br>Connecticut Office of the Attorney General<br>165 Capitol Avenue<br>Hartford, Connecticut 06106<br>(860) 808-5250<br>scott.koschwitz@ct.gov |

| FOR THE STATE OF DELAWARE | FOR THE STATE OF HAWAII |
|---|---|
| KATHLEEN JENNINGS<br>ATTORNEY GENERAL | ANNE E. LOPEZ<br>ATTORNEY GENERAL |
| */s/ Vanessa L. Kassab*<br>IAN R. LISTON<br>Director of Impact Litigation<br>RALPH K. DURSTEIN III<br>VANESSA L. KASSAB<br>Deputy Attorneys General<br>Delaware Department of Justice<br>820 N. French Street<br>Wilmington, DE 19801<br>(302) 683-8899<br>vanessa.kassab@delaware.gov | */s/ Lyle T. Leonard*<br>LYLE T. LEONARD<br>Deputy Attorney General<br>465 S. King Street, #200<br>Honolulu, Hawaii 96813<br>(808) 587-3050<br>lyle.t.leonard@hawaii.gov |

| FOR THE STATE OF ILLINOIS | FOR THE STATE OF MAINE |
|---|---|
| KWAME RAOUL<br>ATTORNEY GENERAL | AARON M. FREY<br>ATTORNEY GENERAL |
| */s/ Jason E. James*<br>MATTHEW J. DUNN<br>Chief, Environmental Enforcement/Asbestos Litigation Division<br>JASON E. JAMES<br>Assistant Attorney General<br>Office of the Attorney General<br>201 W. Pointe Drive, Suite 7<br>Belleville, IL 62226<br>(217) 843-0322<br>jason.james@ilag.gov | */s/ Scott Boak*<br>SCOTT BOAK<br>Assistant Attorney General<br>6 State House Station<br>Augusta, ME 04333<br>(207) 626-8800<br>Scott.boak@maine.gov |

FOR THE STATE OF MARYLAND

ANTHONY G. BROWN
ATTORNEY GENERAL

*/s/ Steven J. Goldstein*
STEVEN J. GOLDSTEIN
Special Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place
Baltimore, MD 21202
410-576-6414
sgoldstein@oag.state.md.us

KARA A. DORR
Assistant Attorney General
Office of the Attorney General
Maryland Department of the Environment
1800 Washington Blvd.
Baltimore, MD 21230
(410) 537-3047
kara.dorr@maryland.gov

FOR THE COMMONWEALTH OF MASSACHUSETTS

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

*/s/ Seth Schofield*
SETH SCHOFIELD
Senior Appellate Counsel
JON WHITNEY
Assistant Attorney General
Office of the Attorney General
Energy and Environment Bureau
One Ashburton Place, 18th Floor
Boston, MA 02108
(617) 727-2200
seth.schofield@mass.gov

FOR THE STATE OF MINNESOTA

KEITH ELLISON
ATTORNEY GENERAL

*/s/ Peter Surdo*
PETER N. SURDO
Special Assistant Attorney General
445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2127
(651) 757-1061
peter.surdo@ag.state.mn.us

FOR THE STATE OF NEW JERSEY

MATTHEW J. PLATKIN
ATTORNEY GENERAL

*/s/Lisa Morelli*
Lisa Morelli
Deputy Attorney General
Division of Law
25 Market St., P.O. Box 093
Trenton, NJ 08625
(609) 376-2735
lisa.morelli@law.njoag.gov

| | |
|---|---|
| FOR THE STATE OF NEW YORK | FOR THE STATE OF OREGON |

LETITIA JAMES
ATTORNEY GENERAL

JUDITH N. VALE
Deputy Solicitor General
ELIZABETH A. BRODY
Assistant Solicitor General
YUEH-RU CHU
Chief, Affirmative Litigation Section
Environmental Protection Bureau

*/s/ Ashley M. Gregor*
ASHLEY M. GREGOR
Assistant Attorney General
28 Liberty Street, 19th Floor
New York, NY 10005
(212) 416-8454
ashley.gregor@ag.ny.gov

DAN RAYFIELD
ATTORNEY GENERAL

*/s/ Paul Garrahan*
PAUL GARRAHAN
Sr. Assistant Attorney General
Natural Resources Section
Oregon Department of Justice
1162 Court Street NE
Salem, Oregon 97301-4096
(503) 947-4540
Paul.Garrahan@doj.oregon.gov

FOR THE STATE OF RHODE ISLAND | FOR THE STATE OF VERMONT

PETER F. NERONHA
ATTORNEY GENERAL

*/s/ Nicholas M. Vaz*
Nicholas M. Vaz
Special Assistant Attorney General
Office of the Attorney General
Environmental and Energy Unit
150 South Main Street
Providence, Rhode Island 02903
(401) 274-4400 ext. 2297
nvaz@riag.ri.gov

CHARITY R. CLARK
ATTORNEY GENERAL

*/s/ Hannah Yindra*
HANNAH YINDRA
Assistant Attorney General
Office of the Attorney General
109 State Street
Montpelier, VT 05609
(802) 828-3186
Hannah.Yindra@vermont.gov

| FOR THE STATE OF WASHINGTON | FOR THE DISTRICT OF COLUMBIA |
|---|---|
| NICHOLAS W. BROWN<br>ATTORNEY GENERAL | BRIAN L. SCHWALB<br>ATTORNEY GENERAL |
| */s/ Alexandria Doolittle*<br>ALEXANDRIA K. DOOLITTLE<br>Assistant Attorney General<br>Office of the Attorney General<br>P.O. Box 40117<br>Olympia, Washington 98504-0117<br>(360) 586-6769<br>Alex.Doolittle@atg.wa.gov | */s/ Caroline S. Van Zile*<br>CAROLINE S. VAN ZILE<br>Solicitor General<br>Office of the Attorney General for the District of Columbia<br>400 6th Street N.W., Suite 8100<br>Washington, D.C. 20001<br>(202) 724-6609<br>caroline.vanzile@dc.gov |
| FOR THE CITY OF CHICAGO | FOR THE CITY OF LOS ANGELES |
| MARY B. RICHARDSON-LOWRY<br>CORPORATION COUNSEL | HYDEE FELDSTEIN SOTO<br>LOS ANGELES CITY ATTORNEY |
| */s/ Elizabeth Mary Tisher*<br>ELIZABETH MARY TISHER<br>Assistant Corporation Counsel<br>2 N. LaSalle Street, Suite 580<br>Chicago, IL 60602<br>(312) 744-3173<br>elizabeth.tisher@cityofchicago.org | */s/ Michael J. Bostrom*<br>MICHAEL J. BOSTROM<br>Senior Assistant City Attorney<br>201 N. Figueroa St., 13th Floor<br>Los Angeles, CA 90012<br>(213) 978-1867<br>Michael.Bostrom@lacity.org |

FOR THE CITY OF NEW YORK

MURIEL GOODE-TRUFANT
CORPORATION COUNSEL

*/s/ Hilary Meltzer*
HILARY MELTZER
Chief, Environmental Law Division
New York City Law Department
100 Church Street, Rm 6-146
New York, NY 10007
Telephone: (212) 356-2070
hmeltzer@law.nyc.gov

11

**Certificates of Service and Compliance**

I certify that this filing complies with Fed. R. App. P. 27(d)(1)(E) because it uses 14-point Times New Roman, a proportionally spaced font.

I also certify that this motion complies with Fed. R. App. P. 27(d)(2)(A), because by Microsoft Word's count, it has 674 words, excluding the parts exempted under Fed. R. App. P. 32(f). I further certify that this motion complies with Circuit R. 27-1(d) because it does not exceed 20 pages.

Finally, I certify that on September 10, 2025, I filed the foregoing with the Court's ACMS system, which will notify each represented party.

*/s/ Sue Chen*
Sue Chen
