**FILED**

**SEP 18 2025**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

---

AMERICAN FREE ENTERPRISE CHAMBER OF COMMERCE,

    Petitioner,

  v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

    Respondent,

------------------------------------

STATE OF CALIFORNIA; et al.,

    Intervenors - Pending.

No. 25-106

Agency No. EPA–HQ–OAR–2023–0292

Environmental Protection Agency

ORDER

---

AMERICAN PETROLEUM INSTITUTE,

    Petitioner,

  v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

    Respondent,

------------------------------------

CENTER FOR BIOLOGICAL DIVERSITY; et al.,

    Intervenors - Pending.

No. 25-1478

Agency Nos. EPA–HQ–OAR–2023–0292
EPA-HQ-OAR-2022-0332

Environmental Protection Agency

| | |
|---|---|
| AMERICAN FUEL & PETROCHEMICAL MANUFACTURERS; et al., <br><br> Petitioners, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> Respondent, <br><br> ---------------------------------------- <br><br> CENTER FOR BIOLOGICAL DIVERSITY; et al., <br><br> Intervenors - Pending. | No. 25-1493 <br> Agency Nos. EPA–HQ–OAR–2023–0292 <br> EPA–HQ–OAR–2022–0332 <br> Environmental Protection Agency |

The motion (Docket Entry No. 45) to extend the deadlines to file a reply in support of the motion to dismiss, responses to the cross-motion for abeyance, and a reply in support of the cross-motion for abeyance is granted. The reply in support of the motion to dismiss and the responses to the cross-motion for abeyance are due October 3, 2025. The reply in support of the cross-motion for abeyance is due October 17, 2025.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT